
FILED IN OPEN COURT
ON 2|3|2026CBP
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CR-15-M-BM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| CARL EDWIN PARKER, JR. a/k/a | ) | |
| "CHICO" | ) | |
| | ) | |

The Grand Jury charges the following:

## INTRODUCTION

1.      Beginning at a time unknown, but no later than May 31, 2024 and continuing through at least April 7, 2025, both dates approximate and inclusive, CARL EDWIN PARKER, JR. a/k/a "CHICO" (hereinafter "PARKER"), the defendant herein, was an individual and resident of the State of North Carolina who engaged in a complex scheme to defraud financial institutions and individuals by acquiring checks stolen from mailboxes and used the checks to defraud banks in the Eastern District of North Carolina and elsewhere.

2.      To carry out the scheme, PARKER acquired and came into possession of checks that were stolen from the United States mail.

3.      In some instances, methods were taken to alter – or "wash" – the stolen checks to change the payee information and amount payable on the stolen checks.

4.      In other instances, the printing of fraudulently created new checks from

blank check stock occurred, using the stolen check account and routing numbers to create fraudulent checks.

5. PARKER used the personal identification information of individuals whose names, addresses, and signatures appeared on the stolen checks, without their knowledge or authorization, and knowingly transferred, possessed, and/or used the stolen checks, and fraudulently printed new checks, as a means of identification of those individuals, as part of PARKER's fraudulent scheme.

6. PARKER then recruited and caused others to recruit individuals to provide access to their bank accounts for use in the scheme (hereinafter, the "mule accounts"). To enable access to the mule accounts, PARKER obtained bank debit cards, PIN numbers, and online banking access from the account holders.

7. PARKER, himself, or others at PARKER's direction, deposited the fraudulent checks into the mule accounts at Automated Teller Machines (ATMs) or via mobile deposits, and subsequently withdrew, and attempted to withdraw, all or part of the criminal proceeds in the form of cash.

8. PARKER engaged in this scheme from various places located within the Eastern District of North Carolina, including but not limited to an apartment leased by PARKER, located in Raleigh, North Carolina, leased under the identity of another individual, J.P., without the knowledge or permission of J.P. In PARKER's application to lease the apartment, PARKER used and submitted J.P.'s personal identification, including J.P.'s name, date of birth, and Social Security number, without J.P.'s permission. In doing so, with the intent to deceive, PARKER falsely represented a number to be his Social Security account number assigned by the

Commissioner of Social Security, when in fact such number was not the Social Security number assigned by the Commissioner of Social Security, which representation was false.

## COUNTS ONE and TWO

9. Paragraphs 1 through 8 are incorporated by reference as though fully set forth in these Counts.

10. On or about each of the dates listed in the table below, the defendant, CARL EDWIN PARKER, JR. a/k/a "Chico," did unlawfully have in his possession the specific article or thing identified in each row of the table below, which had been stolen, taken, embezzled, and abstracted from an authorized depository for mail matter:

| COUNT | DATE | VICTIM | Article or Thing Contained within Mail that was Stolen, Taken, Embezzled, or Abstracted |
|---|---|---|---|
| 1 | 04/7/2025 | M.C. | State Employees' Credit Union Check Number 5437 Amount of $77.28 |
| 2 | 04/7/2025 | J.M.P. | First Citizens Bank Check Number 8290 Amount of $12,890.70 |

Each entry in the foregoing table constituting a separate violation of Title 18, United States Code, Section 1708.

## COUNTS THREE through TWELVE

11. Paragraphs 1 through 10 are incorporated by reference as though fully set forth in these Counts.

12. On or about the dates listed in each row of the table below, in the Eastern District of North Carolina and elsewhere, the defendant, aiding and abetting

another, knowingly executed a scheme and artifice to defraud the financial institutions listed below, the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC) and the National Credit Union Administration (NCUA), as applicable, and to obtain money under the custody and control of such institutions by means of materially false and fraudulent pretenses, representations, and promises:

| Count | Date | Victim Account Holder | Victim's Bank | Original Amount Written by Victim | Victim's Check Nos. Stolen | Fraudulent Check Amount and Check Number Used | Bank Targeted for Deposit / Withdrawal |
|---|---|---|---|---|---|---|---|
| 3 | 09/18/2024 | W.C. | Coastal Credit Union | $272.42 | 7517 | $4,072.43 Check No. 7517 | Navy Federal Credit Union |
| 4 | 09/08/2024 | E.C. | PNC | $40.00 | 765 | $400.00 Check No. 765 | Chase Bank |
| 5 | 03/11/2025 | K.Y | Wells Fargo | $132.92 $115.06 $160.77 | 3963 3964 3965 | $4,100 New Check No. 4120 Printed/Created | SECU |
| 6 | 03/04/2025 | S.L.S. | SECU | $45.00 $160.00 | 2296 2299 | $8,670.20 New Check No. 2498 Printed/Created | SECU |
| 7 | 03/11/2025 | D.S. | SECU | $34.91 $170.16 | 4450 4451 | $3,900.00 New Check No. 4700 Printed/Created | SECU |
| 8 | 03/11/2025 | D.C.M. | Wells Fargo | $143.57 $19.84 $383.03 $214.03 | 9267 9268 9269 1042 | $5,870.00 New Check No. 1200 Printed/Created | SECU |
| 9 | 02/26/2025 | B.S. | SECU | $219.09 | 1179 | $9,260.19 New Check No. 1289 Printed/Created | SECU |
| 10 | 03/26/2025 | P.C., Inc. | Bank of America | $21,542.44 | 17793 | $11,542.44 New Check No. 18509 Printed/Created | SECU / LATINO COMMUNITY CREDIT UNION/ SWEEPSTAKES ATM |

| 11 | 03/27/2025 | P.C., Inc. | Bank of America | $21,542.44 | 17793 | $10,000.00 New Check No. 18534 Printed/Created | SECU |
| 12 | 03/27/2025 | P.C., Inc. | Bank of America | $21,542.44 | 17793 | $13,980.55 New Check No. 18520 Printed/Created | SECU |

Each entry in the foregoing table constituting a separate violation of Title 18 United States Code, Section 1344(1) and (2).

## COUNTS THIRTEEN through NINETEEN

13. Paragraphs 1 through 12 are incorporated by reference as though fully set forth in these Counts.

14. On or about the dates listed in each row of the table below, in the Eastern District of North Carolina and elsewhere, the defendant, aiding and abetting another, knowingly transferred, possessed, and used, without lawful authority, certain means of identification described in each row of the table below, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), which is identified in each row of the table below under the column entitled "related felony count," knowing that said means of identification belonged to another actual person:

| COUNT | DATE | MEANS OF IDENTIFICATION | RELATED FELONY COUNT |
| --- | --- | --- | --- |
| 13 | 09/18/2024 | Name, address, and signature of W.C. | 3 |
| 14 | 09/08/2024 | Name, address, and signature of E.C. | 4 |
| 15 | 03/11/2025 | Name, address, and signature of K.Y | 5 |

| | | | |
|---|---|---|---|
| 16 | 03/04/2025 | Name, address, and signature of S.L.S. | 6 |
| 17 | 03/11/2025 | Name, address, and signature of D.S. | 7 |
| 18 | 03/11/2025 | Name, address, and signature of D.C.M. | 8 |
| 19 | 02/26/2025 | Name, address, and signature of B.S. | 9 |

Each entry in the foregoing table constituting a separate violation of Title 18 United States Code, Section 1028A(a)(1) and 2.

## COUNT TWENTY

15.    Paragraphs 1 through 14 are incorporated by reference as though fully set forth in these Counts.

16.    On or about the date listed the table below, in the Eastern District of North Carolina and elsewhere, the defendant made false representations of a Social Security account number, with the intent to deceive the owner and/or landlord of defendant's apartment, KL Platform Owner, LLC, and/or Kane Residential, and/or Kane Realty Corporation, which representations were false as described below for each count:

| COUNT | DATE | FALSE SOCIAL SECURITY ACCOUNT NUMBER USED | FALSE REPRESENTATION MADE |
|---|---|---|---|
| 20 | 02/27/2025 | Social Security Account number belonging to J.P. | All representations on an application for an apartment lease contract dated February 27, 2025 for apartment no. 507 at 600 W. Cabarrus St., Raleigh, NC. |

All in violation of Title 42 United States Code, Section 408(a)(7)(B).

6

FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any offense charged herein constituting "specified unlawful activity" (as defined in 18 U.S.C. §§ 1956(c)(7) and 1961(1)), or a conspiracy to commit such offense, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), as made applicable by 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the said offense.

Upon conviction of any violation of, or conspiracy to violate, Section(s) 215, 656, 657, 1006, 1007, 1014, 1341, 1343, or 1344 of Title 18 of the United States Code affecting a financial institution, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A), any property constituting, or derived from, proceeds obtained directly or indirectly as a result of the said violation.

Upon conviction of any violation of, or conspiracy to violate, any offense codified in Chapter(s) 25, 27, and 40, or Section(s) 1028, 1029 and 1030 of Title 18 of the United States Code, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained directly or indirectly as a result of the said violation.

The forfeitable property includes, but is not limited to, the following:

<u>Forfeiture Money Judgment:</u>

7

a) A sum of money representing the gross proceeds of the offense(s) charged herein against CARL EDWIN PARKER, JR. a/k/a "Chico."

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal. _____

Foreperson

Date: 2|3|2026

W. ELLIS BOYLE
United States Attorney

BY: _____
MATTHEW R. PETRACCA
Special Assistant United States Attorney