UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:26-CR-00015

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NOTICE OF SUBSTITUTION |
| v. | ) | OF COUNSEL |
| | ) | |
| CARL EDWIN PARKER Jr. | ) | |

Now Comes the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and hereby requests that the undersigned attorney be substituted as counsel for the Government and Matthew R. Petracca be removed from the court's docket as counsel for the Government.

Respectfully submitted, this the 26th day of May 2026.

W. ELLIS BOYLE
United States Attorney

*/s/ David G. Beraka*
DAVID G. BERAKA
Assistant United States Attorney
Criminal Division
U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, North Carolina 27601
david.beraka@usdoj.gov
(919) 856-4593
NC Bar No. 54090

<u>CERTIFICATE OF SERVICE</u>

I certify that I have on this 26th day of May 2026, served the Defendant, by electronically filing the foregoing using the cm/ecf system which will notify counsel of record of such filing.

*/s/ David G. Beraka*
DAVID G. BERAKA
Assistant United States Attorney
Criminal Division
U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, North Carolina 27601
david.beraka@usdoj.gov
(919) 856-4593
NC Bar No. 54090